**Dismissed and Memorandum Opinion filed September 24, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00546-CR

### ERIC GONZALES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1462714**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to theft. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for seven months in the State Jail Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Jamison, McCally and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b)